UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff,<br><br>vs.<br><br>CEVA FREIGHT, LLC, CEVA OCEAN LINE, INC., *in personam;* M/V MCS BILBAO, *in rem*,<br><br>Defendants. | IN ADMIRALTY<br><br>NO. 2:12-CV-01284-RSL<br><br>ORDER ON DEFENDANTS SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THIRD-PARTY COMPLAINT<br><br>NOTED: July 29, 2013 |

**THIS CAUSE** having come before the Court on Defendants, CEVA Freight, LLC., and CEVA Ocean Line, Inc.'s, Second Unopposed Motion for Extension of Time to File Third-Party Complaint, and the Court having reviewed said Motion, it is hereby:

**ORDERED AND ADJUDGED:**

1.　The Parties' Unopposed Motion is **GRANTED**.

ORDER ON DEFENDANTS SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THIRD-PARTY COMPLAINT  - 1

NO. 2:12-CV-01284-RSL

5708430v1

LAW OFFICES
**ARNALL GOLDEN GREGORY, LLP.**
2 South Biscayne Blvd., Suite 2690
Miami, FL 33131
Tel: (305) 537-2004   Facsimile: (305) 537-2005

2.   Defendants shall have up to and including Tuesday, September 3, 2013 within which to file a Third-Party Complaint.

**DONE AND ORDERED** in Seattle, Washington this 1st day of August, 2013.

　　　　　　　　　　　　　　　　　_/s/ Robert S. Lasnik_
　　　　　　　　　　　　　　　　　**ROBERT S. LASNIK**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Presented by:

Arnall Golden Gregory LLP

/s/_____Marc Rubin_____
　　　Marc A. Rubin, Admitted Pro Hac Vice

Attorneys for Defendants, CEVA Freight, LLC., and CEVA Ocean Line, Inc.

-and-

Peterson Russell Kelly, PLLC
David Visser, WSBA #41546
Michael S. Deleo, WSBA #22037

Attorneys for Plaintiff

ORDER ON DEFENDANTS SECOND
UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE THIRD-PARTY COMPLAINT  - 2

NO. 2:12-CV-01284-RSL

5708430v1

LAW OFFICES
**ARNALL GOLDEN GREGORY, LLP.**
2 South Biscayne Blvd., Suite 2690
Miami, FL 33131
Tel: (305) 537-2004   Facsimile: (305) 537-2005